**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lorrie Miner, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Standing Rock Sioux Tribe and | ) | |
| Standing Rock Sioux Tribal Court, | ) | Case No.  1:08-cv-105 |
| | ) | |
| Defendants. | ) | |

_____

On January 7, 2009, the parties filed a Stipulation for an Enlargement of Time.  They agreed that Defendants would have until January 16, 2009, to file a reply in support of its Motion for Judgment on the Pleadings along with a response to Plaintiff's pending Motion for Summary Judgment.  The court **ADOPTS** the parties stipulation (Docket No.  15).  Defendants have until January 16, 2009, to file a reply in support of its Motion for Judgment on the Pleadings.  As for the Defendants' response  to Plaintiff's Motion for Summary Judgment, the D.N.D. Civ.  L.R. 7.1(A) provides that it is due thirty days from date on which the Defendants were served.  Plaintiff's Motion for Summary Judgment was filed and served electronically on January 2, 2009.  Consequently, Defendant's response to Plaintiff's motion is due by February 5, 2009.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge